# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| THE HEMINGWAYS CONDOMINIUM ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVELLO, LLC, )<br>)<br>Defendant. ) | Case No. 1:19-cv-00414-SRB-WJE |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendations (Doc. #22) to deny Plaintiff Hemingways Condominium Association, Inc.'s Motion to Remand (Doc. #7) and grant Defendant Savello, LLC's Motion to Amend Notice of Removal, Answer, and Counterclaim (Doc. #12). Judge Epps filed his Report and Recommendations on January 14, 2020. At that time, he advised the parties to file any written objections pursuant to 28 U.S.C. § 636(b)(1)(C) by January 28, 2020. No objections have been filed.

After an independent, *de novo* review of the pending motion, the record, applicable law, and the parties' arguments, the Court **ADOPTS** the Report and Recommendations (Doc. #22) in full. Accordingly, it is hereby **ORDERED** that the Report and Recommendations (Doc. #22) be attached to and made part of this Order. Plaintiff's Motion to Remand (Doc. #7) is DENIED and Defendant's Motion to Amend its Notice of Removal, Answer, and Counterclaim (Doc. #12) is GRANTED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 29, 2020