# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO SOUTHERN DIVISION

| | | |
|---|---|---|
| THE HEMINGWAYS CONDOMINIUM ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-cv-00414-SRB-WJE |
| SAVELLO, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before this Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendations (Doc. #23) denying Plaintiff Hemingways Condominium Association, Inc.'s Motion to Dismiss Count Two of Defendant's Counterclaim (Doc. #10). On January 15, 2020, Judge Epps issued his Report and Recommendations and advised the parties they could file written objections to the Report pursuant to 28 U.S.C. § 636(b)(1)(C) by January 29, 2020. Plaintiff filed an Objection to the Report and Recommendations on Motion to Dismiss on January 29, 2020. (Doc. #25).

After an independent review of the record, the applicable law, and the parties' arguments, the Court **ADOPTS** the Report and Recommendations. (Doc. #23). Accordingly, it is hereby **ORDERED** that Judge Epps' Report and Recommendations (Doc. #23) is adopted and shall be attached to and made part of this Order. Plaintiff's Objection to Report and Recommendations on Motion to Dismiss (Doc. #25) is **OVERRULED**, and Plaintiff's Motion to Dismiss Count Two of Defendant's Counterclaim (Doc. #10) is **DENIED.**

    IT IS SO ORDERED.

                                                        /s/ Stephen R. Bough
                                                        STEPHEN R. BOUGH
                                                        UNITED STATES DISTRICT JUDGE

Dated: January 30, 2020